UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD HARDRICK,

    Plaintiff,

v.

                            Case No. 2:20-cv-239

                            Hon. Hala Y. Jarbou

UNKNOWN NOLANI, et al.,

    Defendants.

_____/

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Nolani filed a motion for summary judgment (ECF No. 17).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R) on September 10, 2021, recommending that this Court deny Defendant Nolani's motion for summary judgment because there remains a genuine issue of fact regarding whether Plaintiff exhausted his administrative grievance remedies against Defendant Nolani.  (ECF No. 24.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on September 24, 2021.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED** and **ADOPTED** as the Opinion of the Court and Defendant Nolani's Motion for Summary Judgment (ECF No. 17) is **DENIED**.

Dated:   November 23, 2021                /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE